**Evangeline E. CLARKE**

v.

**HARWOL PROPERTIES, INC.**

No. 85–198–M.P.

Supreme Court of Rhode Island.
May 31, 1985.

Milton Bernstein, Providence, for petitioner.

Rudolph E. Boffi, Law Offices of Hugh L. Moore, Jr., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.